Opinion
issued November 10, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-11-00299-CV

 



 

KLENTON T. MCLEMORE, III, Appellant

 

V.

 

SUNNYWOOD ESTATES, LLC AND HOMEWOOD
FAMILY PARTNERS, LP, Appellees

 



 

On Appeal from the 151st
District Court

Harris County, Texas

Trial Court Cause No. 2009-42278

 



 

MEMORANDUM
OPINION








Appellant Klenton T. McLemore, III has failed to timely file a
brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.